FILED

2019 SEP 27 PM 2: 48

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
TOLEDO

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | INFORMATION |
| ) | |
| Plaintiff, ) | |
| ) | CASE NO. 3:19 CR 588 |
| v. ) | |
| ) | Title 18, United States Code, |
| TIMOTHY JAMES IRELAND, JR. ) | Sections 922(g)(1), 922(g)(2), |
| ) | and 924(a) |
| Defendant. ) | |
| | JUDGE HELMICK |
| | MAG. JUDGE JAMES R. KNEPP II |

COUNT 1
(Felon in Possession of Ammunition, 18 U.S.C. § 922(g)(1))

The Grand Jury charges:

1. On or about August 9, 2019, in the Northern District of Ohio, Western Division, Defendant TIMOTHY JAMES IRELAND, JR, knowing he had been previously convicted of crimes punishable by imprisonment exceeding one year, to wit: Dealing in Stolen Property, on October 28, 1996, in case number 96-9895F, Twelfth Circuit Court, Sarasota County, Florida; did knowingly possess in and affecting interstate and foreign commerce ammunition, to wit: three (3) rounds of .32 caliber ammunition and four (4) rounds of .45 caliber ammunition, said ammunition having been shipped or transported in interstate or foreign commerce, in violation of Title 18, United States Code, Section 922(g)(1).

FORFEITURE

The Grand Jury further charges:

2. The allegations of Count 1 are hereby realleged and incorporated herein by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d)(1),

ORIGINAL

and Title 28, United States Code, Section 2461(c). As a result of the foregoing offense, TIMOTHY JAMES IRELAND, JR., the defendant herein, shall forfeit to the United States all property involved in the commission of the violation charged in Count 1, including but not limited to three (3) rounds of .32 caliber ammunition and four (4) rounds of .45 caliber ammunition.

        JUSTIN E. HERDMAN
        United States Attorney

By:   */s/ Ava R. Dustin*
        Ava R. Dustin
        Executive Assistant United States Attorney