# IN THE UNITES STAES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| United States of America, | Case No.  3:19-cr-00588-JJH |
| Plaintiff, | Hon. Judge Jeffrey J. Helmick |
| vs. | |
| Timothy Ireland, | |
| Defendants. | |

## MOTION FOR EARLY TERMINATION OF PROBATION

On behalf of the Defendant, Timothy Ireland, Counsel moves the Court to consider early termination of his probation.  Mr. Ireland has been supervised on probation since August of 2020 and has obeyed all orders of the Court.

Respectfully Submitted,

/s/ Ryan R. Parker
RYAN R. PARKER (0078131)
Ryan R. Parker
413 N. Michigan St.
Toledo, OH 43604
(419)789-9498
(419)255-6227

1

## CERTIFICATION

    This is to certify that on July 19, 2021, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's ECF system.

/s/ Ryan R. Parker